United States District Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:22-CV-19 |
| | § | |
| TAMMY DE LUNA *et al.* | § | |

# DEFAULT JUDGMENT

Because the Court has granted Standard Life Insurance Company's motion for default judgment against Tammy de Luna and John Anthony de Luna, it hereby **ENTERS** default judgment as follows.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that neither Tammy nor John, in his individual capacity and as administrator of Guadalupe David de Luna's estate, are entitled to any amount of the proceeds for basic and additional life insurance benefits under Group Life Policy No. 754407-A (the "Policy") issued by Standard.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the Policy's exclusion for accidental death and dismemberment (AD&D) caused by an assault or felony applies (Dkt. No. 36-1 at 30–31). Accordingly, the proceeds for basic and additional AD&D benefits under the Policy are not payable to Tammy, John, or any other claimant.

It is so **ORDERED**.

**SIGNED** July 10, 2023.

Marina Garcia Marmolejo
United States District Judge